UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ANDREW ROSENBLATT,

  Plaintiff,       Case No. 21-cv-10031
             Hon. Matthew F. Leitman

v

NSF INTERNATIONAL,

  Defendant.

| PITT MCGEHEE PALMER BONANNI & RIVERS<br>Michael L. Pitt (P24429)<br>Robin B. Wagner (P79408)<br>Attorneys for Plaintiff<br>117 W. Fourth St., Ste. 200<br>Royal Oak, MI  48067<br>(248) 398-9800<br>mpitt@pittlawpc.com<br>rwagner@pittlawpc.com | STARR, BUTLER, ALEXOPOULOS & STONER, PLLC<br>Joseph A. Starr (P47253)<br>William R. Thomas (P77760)<br>Attorneys for Defendant<br>20700 Civic Center Dr., Ste. 290<br>Southfield, MI  48076<br>(248) 540-2700<br>jstarr@starrbutler.com<br>wthomas@starrbutler.com |
|---|---|

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS AND FEES**

  The parties having stipulated to the dismissal of the above-referenced cause of action with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises:

  IT IS HEREBY ORDERED that the above entitled cause be and is dismissed with prejudice and without costs, interest and attorney fees to any party.

              /s/Matthew F. Leitman
              MATTHEW F. LEITMAN
              UNITED STATES DISTRICT JUDGE

Dated:  November 22, 2021

{00090705 DOCX}

Approved as to form and substance:

/s/ William R. Thomas
William R. Thomas (P77760)
Attorney for Defendant

/s/ Robin B. Wagner (with consent)
Robin B. Wagner (P79408)
Attorney for Plaintiff